# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| GILLETTE, LARRY § | Case No. 11-20890 |
| MODRZEJEWSKA, SOPHIE § | |
| § | |
| § | |
| Debtor(s) § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    Kenneth Gardner
                    U.S. Bankruptcy Court Clerk
                    219 South Dearborn Street- 7th Floor
                    Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/11/2013 in Courtroom 680,
                    United States Courthouse
                    219 South Dearborn Street
                    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: <u>Kenneth S. Gardner</u>
                                                              Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GILLETTE, LARRY § Case No. 11-20890
MODRZEJEWSKA, SOPHIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,240.40 |
| and approved disbursements of | $ | 96.71 |
| leaving a balance on hand of[1] | $ | 7,143.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,474.04 | $ 0.00 | $ 1,474.04 |
| Trustee Expenses: Phillip D. Levey | $ 30.25 | $ 0.00 | $ 30.25 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,305.00 | $ 0.00 | $ 1,305.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,809.29 |
| Remaining Balance | | $ | 4,334.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,860.34 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 5,037.99 | $ 0.00 | $ 240.33 |
| 000002 | FIA CARD SERVICES, N.A. | $ 5,743.17 | $ 0.00 | $ 273.97 |
| 000003 | Capital One Bank (USA), N.A. | $ 1,559.89 | $ 0.00 | $ 74.41 |
| 000004 | Capital One Bank (USA), N.A. | $ 5,329.75 | $ 0.00 | $ 254.25 |
| 000005 | Chase Bank USA, N.A. | $ 7,293.77 | $ 0.00 | $ 347.94 |
| 000006 | Chase Bank USA, N.A. | $ 5,671.57 | $ 0.00 | $ 270.56 |
| 000007 | Chase Bank USA, N.A. | $ 2,373.39 | $ 0.00 | $ 113.22 |
| 000008 | Chase Bank USA, N.A. | $ 6,335.74 | $ 0.00 | $ 302.24 |
| 000009 | Chase Bank USA, N.A. | $ 7,952.16 | $ 0.00 | $ 379.35 |
| 000010 | Chase Bank USA, N.A. | $ 1,643.42 | $ 0.00 | $ 78.40 |
| 000011 | American Express Bank, FSB | $ 1,853.36 | $ 0.00 | $ 88.41 |
| 000012 | Elan Financial Services | $ 14,986.32 | $ 0.00 | $ 714.91 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Midland Funding LLC | $ 313.85 | $ 0.00 | $ 14.97 |
| 000014 | Elan Financial Services | $ 17,134.65 | $ 0.00 | $ 817.39 |
| 000015 | PYOD LLC its successors and assigns as assignee of | $ 4,233.87 | $ 0.00 | $ 201.97 |
| 000016 | PYOD LLC its successors and assigns as assignee of | $ 3,397.44 | $ 0.00 | $ 162.08 |

Total to be paid to timely general unsecured creditors       $      4,334.40

Remaining Balance                                            $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 11-20890-JPC
Larry Gillette                                                             Chapter 7
Sophie Modrzejewska
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 3          Date Rcvd: Mar 12, 2013
                              Form ID: pdf006         Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2013.
```
db        +Larry Gillette,    4300 W. Ford City Drive,    Unit 502,    Chicago, IL 60652-1258
jdb       +Sophie Modrzejewska,    8650 S. LaPorte Avenue,    Unit 2B,    Burbank, IL 60459-2863
17285844   American Express,    PO Box 360001,    Ft. Lauderdale, FL 33336-0001
17763251   American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17285847   Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
17285845   Bank of America Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
17285857   Capital One,    PO Box 85167,    Richmond, VA 23285-5167
17285858   Capital One,    PO Box 85619,    Richmond, VA 23285-5619
17285854  +Capital One Bank (USA) N.A.,    PO Box 70886,    Charlotte, NC 28272-0886
17285853   Capital One Bank (USA) N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
17285855   Capital One Services, LLC,    PO Box 70884,    Charlotte, NC 28272-0884
17285856  +Capital One Services, LLC,    PO Box 70886,    Charlotte, NC 28272-0886
17285859   Chase,    PO Box 9001020,    Louisville, KY 40290-1020
17285860   Chase,    PO Box 9001123,    Louisville, KY 40290-1123
17285861  +Chase,    ATTN: Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
17629969   Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17285863   Chase Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
17285862   Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17285864   Chase Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
17285852   Citi Card Service Center,    PO Box 6069,    Sioux Falls, SD 57117-6069
17285851   Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
17285849  +Citi Cards Customer Service,    Box 6500,    Sioux Falls, SD 57117-6500
17452265   Citi Cards Customer Service,    Box 6000,    The Lakes, NV 89163-6000
17285850   Citi Cards Customer Service,    6000,    The Lakes, NV 89163-6000
17452268   Department Store,    National Bank/Macy’s,    PO Box 689195,    Des Moines, IA 50368-9195
17551110   FIA CARD SERVICES, N.A.,    Bank of America, NA (USA) &,    MBNA America Bank, NA,    PO Box 15102,
            Wilmington, DE 19886-5102
17285866  +Ford City Condominium Assoc.,    4300 West Ford City Dr.,    Chicago, IL 60652-1283
17285869   HSBC,    PO Box 60146,    City of Industry, CA 91716-0146
17285868   HSBC Card Services,    PO Box 37281,    Baltimore, MD 21297-3281
17285870   HSBC Card Services,    Customer Center,    PO Box 80082,    Salinas, CA 93912-0082
17452267  +HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
17447261   HSBC Retail Services/Carson’s,    PO Box 17264,    Baltimore, MD 21297-1264
17285867   Home Depot Credit Services,    PO Box 653000,    Dallas, TX 75265-3000
17285872   IndyMac Mortgage Services,    Home Loan Servicing,    PO Box 4045,    Kalamazoo, MI 49003-4045
17285871   IndyMac Mortgage Services,    Loan Servicing,    PO Box 78826,    Phoenix, AZ 85062-8826
17447039   Macy’s,    Department Store National Bank,    PO Box 689195,    Des Moines, IA 50368-9195
19932178   Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
            Miami, FL 33131-1605
17447038   Office Depot Credit Plan,    PO Box 689020,    Des Moines, IA 50368-9020
17285878   Tri Counties Bank,    Cardmember Service,    PO Box 6353,    Fargo, ND 58125-6353
17285877   Tri Counties Bank,    Cardmember Service,    PO Box 790408,    St. Louis, MO 63179-0408
17801385  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: Elan Financial Services,    Elan Financial Services as servicer,
             for tri counties bank,    P.O. Box 5229,    Cincinnati, OH 45201)
17285875   US Bank,    Cardmember Service,    PO Box 6337,    Fargo, ND 58125-6337
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17537692      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2013 03:35:18
               American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
17601209      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2013 03:35:19     Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK 73124-8839
17812753      E-mail/PDF: rmscedi@recoverycorp.com Mar 13 2013 03:31:37      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17285873      E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2013 03:37:23      Lowe’s Business Acct/GEMB,
               PO Box 530970,    Atlanta, GA 30353-0970
17881577     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 13 2013 03:19:13
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19932179      E-mail/PDF: rmscedi@recoverycorp.com Mar 13 2013 03:37:27
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
17452266*     Citi Cards,    Processing Center,    Des Moines, IA 50363-2863
17285876*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Cardmember Service,    PO Box 108,
              St. Louis, MO 63166-9801)
17285874*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 790408,    St. Louis, MO 63179-0408)
```

```
District/off: 0752-1           User: acox                  Page 2 of 3                  Date Rcvd: Mar 12, 2013
                               Form ID: pdf006             Total Noticed: 48

17285846     ##Bank of America,    PO Box 15184,    Wilmington, DE  19850-5184
17285848     ##Bank of America,    PO Box 15026,    Wilmington, DE  19850-5026
17285865     ##FIA Card Services,    PO Box 15137,    Wilmington, DE  19850-5137
17447262     ##HSBC Retail Services/Carson's,    PO Box 15521,    Wilmington, DE  19850-5521
                                                                                      TOTALS: 0, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2013**            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: acox                  Page 3 of 3                  Date Rcvd: Mar 12, 2013
                              Form ID: pdf006             Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2013 at the address(es) listed below:

        Anthony J Peraica    on behalf of Debtor Larry  Gillette peraicalaw@aol.com,   cwinans@peraica.com
        Anthony J Peraica    on behalf of Joint Debtor Sophie  Modrzejewska peraicalaw@aol.com,
         cwinans@peraica.com
        Heather M Giannino    on behalf of Creditor    JP Morgan Chase Bank, National Association, as
         Servicer for heathergiannino@hsbattys.com,
         jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
         plevey@ecf.epiqsystems.com
        Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com
        Toni  Dillon    on behalf of Creditor    OneWest Bank, FSB tdillon@atty-pierce.com,
         northerndistrict@atty-pierce.com

                                                                                                                  TOTAL: 7