UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
GILLETTE, LARRY                               §        Case No. 11-20890
MODRZEJEWSKA, SOPHIE                          §
                                              §
                                              §
            Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000014 | ELAN FINANCIAL SERVICES | | | | | |
| 000012 | ELAN FINANCIAL SERVICES | | | | | |
| 000013 | MIDLAND FUNDING LLC | | | | | |
| 000016 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000015 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000011 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

Case No:        11-20890      JPC    Judge: JACQUELINE P. COX

Case Name:      GILLETTE, LARRY

                MODRZEJEWSKA, SOPHIE

For Period Ending: 03/11/13

Trustee Name:                Phillip D. Levey

Date Filed (f) or Converted (c):  05/17/11 (f)

341(a) Meeting Date:          06/27/11

Claims Bar Date:              10/11/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 80.00 | 0.00 | | 0.00 | FA |
| 2. Checking Accounts | 5,131.29 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD FURNISHINGS | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 5. 500 Shares - S&L Federal Tax Service, LLP | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2007 Toyota Camry     Sold to debtor for 7,000.00. | 6,000.00 | 6,200.00 | | 7,240.00 | FA |
| 7. #502, 4300 W. Ford City Dr., Chicago, IL | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. #2B, 8650 S. LaPorte, Burbank, IL | 120,000.00 | 0.00 | | 0.00 | FA |
| 9. Office Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 10. Machinery, fixtures, etc. | 200.00 | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.40 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $152,961.29      $6,200.00            $7,240.40        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/30/13        Current Projected Date of Final Report (TFR): 04/30/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-20890 -JPC | | | Trustee Name: | | Phillip D. Levey |
| Case Name: | GILLETTE, LARRY | | | Bank Name: | | ASSOCIATED BANK |
| | MODRZEJEWSKA, SOPHIE | | | Account Number / CD #: | | *******2929 Checking |
| Taxpayer ID No: | *******4964 | | | | | |
| For Period Ending: | 07/07/13 | | | Blanket Bond (per case limit): | | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 7,178.32 | | 7,178.32 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.42 | 7,173.90 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.57 | 7,169.33 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.42 | 7,164.91 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.56 | 7,160.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.64 | 7,149.71 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 | | 6.02 | 7,143.69 |
| 04/23/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,474.04 | 5,669.65 |
| 04/23/13 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 30.25 | 5,639.40 |
| 04/23/13 | 010004 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,305.00 | 4,334.40 |
| 04/23/13 | 010005 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 000001, Payment 4.77035% | 7100-000 | | 240.33 | 4,094.07 |
| 04/23/13 | 010006 | FIA CARD SERVICES, N.A. Bank of America, NA (USA) & MBNA America Bank, NA PO Box 15102 Wilmington, DE 19886-5102 | Claim 000002, Payment 4.77036% (2-1) Modified on 7/19/11 to correct creditor's name. (ac) | 7100-900 | | 273.97 | 3,820.10 |
| 04/23/13 | 010007 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 | Claim 000003, Payment 4.77021% (3-1) Incorrect debtor name on pdf, Filer Notified to Refile, (cdw) | 7100-900 | | 74.41 | 3,745.69 |
| | | | Page Subtotals | | 7,178.32 | 3,432.63 | |

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-20890  -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | GILLETTE, LARRY | | Bank Name: | ASSOCIATED BANK |
| | MODRZEJEWSKA, SOPHIE | | Account Number / CD #: | *******2929  Checking |
| Taxpayer ID No: | *******4964 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Charlotte, NC  28272-1083 | | | | | |
| 04/23/13 | 010008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | Claim 000004, Payment 4.77039% (4-1) Incorrect debtor name on pdf, Filer Notified to Refile, (cdw) | 7100-000 | | 254.25 | 3,491.44 |
| 04/23/13 | 010009 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 4.77037% | 7100-900 | | 347.94 | 3,143.50 |
| 04/23/13 | 010010 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000006, Payment 4.77046% | 7100-900 | | 270.56 | 2,872.94 |
| 04/23/13 | 010011 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000007, Payment 4.77039% | 7100-900 | | 113.22 | 2,759.72 |
| 04/23/13 | 010012 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000008, Payment 4.77040% | 7100-900 | | 302.24 | 2,457.48 |
| 04/23/13 | 010013 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000009, Payment 4.77040% | 7100-900 | | 379.35 | 2,078.13 |
| 04/23/13 | 010014 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000010, Payment 4.77054% | 7100-900 | | 78.40 | 1,999.73 |
| 04/23/13 | 010015 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000011, Payment 4.77026% (11-1) CREDIT CARD DEBT | 7100-900 | | 88.41 | 1,911.32 |
| 04/23/13 | 010016 | Elan Financial Services Elan Financial Services as servicer for tri counties bank | Claim 000012, Payment 4.77042% (12-1) money loaned | 7100-000 | | 714.91 | 1,196.41 |

Page Subtotals                0.00              2,549.28

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 11-20890 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | GILLETTE, LARRY | | Bank Name: | ASSOCIATED BANK |
| | MODRZEJEWSKA, SOPHIE | | Account Number / CD #: | *******2929  Checking |
| Taxpayer ID No: | *******4964 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/23/13 | 010017 | P.O. Box 5229<br>Cincinnati, OH 45201<br>Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Claim 000013, Payment 4.76979% | 7100-000 | | 14.97 | 1,181.44 |
| 04/23/13 | 010018 | Elan Financial Services<br>Elan Financial Services as servicer<br>for tri counties bank<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000014, Payment 4.77039%<br>(14-1) cc  2310<br>(14-1) Modified on<br>9/23/2011 to correct/complete name(PG) | 7100-000 | | 817.39 | 364.05 |
| 04/23/13 | 010019 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000015, Payment 4.77034% | 7100-000 | | 201.97 | 162.08 |
| 04/23/13 | 010020 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000016, Payment 4.77065% | 7100-000 | | 162.08 | 0.00 |

| | Page Subtotals | 0.00 | 1,196.41 |
|---|---|---|---|

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-20890  -JPC | |
| Case Name: | GILLETTE, LARRY | |
| | MODRZEJEWSKA, SOPHIE | |
| Taxpayer ID No: | *******4964 | |
| For Period Ending: | 07/07/13 | |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2929  Checking |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,178.32 | 7,178.32 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 7,178.32 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,178.32 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,178.32 | |

Page Subtotals                      0.00                      0.00

Ver: 17.02d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 11-20890  -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | GILLETTE, LARRY | Bank Name: | BANK OF AMERICA |
| | MODRZEJEWSKA, SOPHIE | Account Number / CD #: | *******6040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4964 | | |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/11 | 6 | Sophie Modrzejewski | Installment-Car Sale | 1129-000 | 3,000.00 | | 3,000.00 |
| 11/05/11 | 6 | Sophie Modrzejewska | Installment-Car Sale | 1129-000 | 335.00 | | 3,335.00 |
| 11/24/11 | 6 | MODRZEJEWSKA, SOPHIE | Installment-Auto Sale | 1129-000 | 335.00 | | 3,670.00 |
| 11/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,670.02 |
| 12/26/11 | 6 | MODRZEJEWSKA, SOPHIE | Installlment Payment | 1129-000 | 335.00 | | 4,005.02 |
| 12/30/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,005.05 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.52 | 4,000.53 |
| 01/31/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,000.56 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.21 | 3,995.35 |
| 02/12/12 | 6 | Sophie Modrzejewska | Installment-Car Sale | 1129-000 | 335.00 | | 4,330.35 |
| 02/24/12 | 6 | MODRZEJEWSKA, SOPHIE | Installment-Car Sale | 1129-000 | 500.00 | | 4,830.35 |
| 02/29/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 4,830.38 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 4.96 | 4,825.42 |
| 03/30/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,825.46 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 5.93 | 4,819.53 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 3.46 | 4,816.07 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/09/12 | 6 | Sophie Modrzejewski | Installment Payment-Car | 1129-000 | 500.00 | | 5,316.07 |
| | | 8650 S. LaPorte | | | | | |
| | | Burbank, IL | | | | | |
| 04/18/12 | 6 | Modrzejewski, Sophie | Installment Payment-Car | 1129-000 | 500.00 | | 5,816.07 |
| 04/30/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,816.11 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.67 | 5,809.44 |
| 05/18/12 | 6 | Sophie Modrzejewski | INSTALLMENT PAYMENT | 1129-000 | 350.00 | | 6,159.44 |
| 05/31/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,159.49 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.51 | 6,151.98 |
| 06/19/12 | 6 | MODRZEJEWSKI, SOPHIE | Installment-Car Sale | 1129-000 | 350.00 | | 6,501.98 |

Page Subtotals          6,540.24          38.26

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-20890 -JPC | | | Trustee Name: | Phillip D. Levey | |
| Case Name: | GILLETTE, LARRY | | | Bank Name: | BANK OF AMERICA | |
| | MODRZEJEWSKA, SOPHIE | | | Account Number / CD #: | *******6040 Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******4964 | | | | | |
| For Period Ending: | 07/07/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,502.03 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.43 | 6,494.60 |
| 07/31/12 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,494.66 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 8.52 | 6,486.14 |
| 08/15/12 | 6 | Sophie Modrzejewski | Installment Payment | 1129-000 | 350.00 | | 6,836.14 |
| 08/23/12 | 6 | MODRZEJEWSKI, SOPHIE | Installment Sale of Auto | 1129-000 | 350.00 | | 7,186.14 |
| 08/30/12 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 7,186.19 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 7.87 | 7,178.32 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,178.32 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,240.40 | 7,240.40 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,178.32 | |
| Subtotal | 7,240.40 | 62.08 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,240.40 | 62.08 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********2929 | 0.00 | 7,178.32 | 0.00 |
| Money Market Account (Interest Earn - ********6040 | 7,240.40 | 62.08 | 0.00 |
| | 7,240.40 | 7,240.40 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 700.16 | 7,202.14 |

Ver: 17.02d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

**FORM 2**

Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-20890 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | GILLETTE, LARRY | Bank Name: | BANK OF AMERICA |
| | MODRZEJEWSKA, SOPHIE | Account Number / CD #: | *******6040  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4964 | | |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*